UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF WILLIAMS SPORTS RENTALS, INC. doing business as SKI RUN BOAT COMPANY, as Owner of a certain Ski Run Boat Numbered SR # 57 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No. 2:21-cv-01067-TLN-CKD<br><br>**ORDER APPROVING STIPULATION FOR VALUE AND LETTER OF UNDERTAKING, DIRECTING CLAIMANTS TO FILE AND MAKE PROOF OF CLAIMS, DIRECTING THE ISSUANCE OF MONITION, AND RESTRAINING PROSECUTION OF CLAIMS** |

Notice is hereby given that WILLIAMS SPORTS RENTALS, INC. dba SKI RUN BOAT COMPANY ("Petitioner") as owner of a certain recreational ski boat SR #57 (hereinafter "the Vessel") has filed a Complaint on June 16, 2021 pursuant to 46 U.S.C. §§ 30501, *et seq*., and Supplemental Admiralty Rule F, claiming the right to exoneration from, or alternatively, limitation of liability for, all claims arising out of a claimed incident on or about in South Lake Tahoe, California, involving CHASTITY NEFZGER and ARIANA NEFZGER. Petitioner was the owner of the Vessel at the time of and after the July 25, 2018 incident, and on considering the Complaint and Stipulation for Value of the vessel, which are on file, stating the value of the Vessel to be THIRTY-FOUR THOUSAND DOLLARS ($34,000.00);

IT IS HEREBY ORDERED that the Court approves the stipulation for value and the security in the form of the letter of undertaking (*See Complaint of Dammers*, *et al*., 836 F.2d 750,

753, n.2 (2d Cir. 1988)); and it is further

ORDERED that a Monition issue against all persons having such claims for any and all losses, personal injuries, destruction of property, as alleged in Petitioner's Complaint for Exoneration from or Limitation of Liability must file them as provided by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims with the Clerk of this Court, Keith Holland, U.S. District Court Eastern District of California, Robert T. Matsui Federal Courthouse, 501 I Street, Room 4-200 Sacramento, California 95814, and serve on or mail copies to Petitioner's attorney, B. Otis Felder, Esq., WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP 525 Market Street, 17th Floor, San Francisco, California 94105-2725, on or before September 1, 2021, subject to the rights or any person claiming damages who shall have presented a claim to answer the Complaint and to controvert, or be defaulted and forever barred from such a claim, and that any claimant desiring to contest Petitioner's right to exoneration from or limitation of liability must file an Answer to Petitioner's original complaint and/or a claim as required by Rule F(4)–(5) of the Supplemental Rules, and serve or mail a copy to Petitioner's attorney; and it is further

ORDERED, that public notice of the Monition be given by publication in a newspaper published in the Eastern District of California, such publication in said papers to be for at least four successive weeks before the return date of this Order demanding the presentation of all claims against Petitioner as well as that Petitioner give notice as to counsel for CHASTITY NEFZGER and ARIANA NEFZGER; and it is further

ORDERED, that the beginning or continued prosecution of any and all suits, actions or legal proceedings of any nature or description whatsoever, except in the present proceeding, in respect of any claim arising out of, consequent upon, or in connection with the aforesaid incident on the Vessel on July 25, 2018, described in the Complaint for Exoneration from or Limitation of Liability, are hereby stayed and restrained until the hearing and termination of this proceeding.

IT IS SO ORDERED.

DATED: June 29, 2021

_____
Troy L. Nunley
United States District Judge