1  B. OTIS FELDER (CSB No. 177628)
   **CSB Certified Admiralty & Maritime Law Specialist**
2  Email:  Otis.Felder@wilsonelser.com
   **WILSON, ELSER, MOSKOWITZ,**
3      **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
4  San Francisco, CA 94105-2725
   Telephone: (415) 433-0990
5  Facsimile: (415) 434-1370

6  Attorneys for Petitioner, Cross-Defendant &
   Counter-Claimant WILLIAMS SPORTS RENTALS, INC.
7  dba SKI RUN BOAT COMPANY

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                           IN ADMIRALTY

11 IN RE: COMPLAINT AND PETITION )  Case No. 2:21-cv-01067-DJC-CKD
   OF WILLIAMS SPORTS RENTALS,  )
12 INC. doing business as SKI RUN  )  Hon. Daniel J. Calabretta
   BOAT COMPANY, as Owner of a   )
13 certain SKI BOAT SR #57 FOR     )  **THIRD AMENDED STIPULATION**
   EXONERATION FROM OR             )  **FOR ORDER DISMISSING ALL**
14 LIMITATION OF LIABILITY         )  **CLAIMS BY ALL PARTIES, WITH**
                                   )  **PREJUDICE, DISMISSAL OF ALL**
15 _____ )  **PENDING PROCEEDINGS, AND**
                                   )  **FOR ORDER AND JUDGMENT OF**
16 AND RELATED MATTERS             )  **EXONERATION**
                                   )
17 _____ )

18         COME NOW Petitioner, Cross-Defendant & Counter-Claimant WILLIAMS

19 SPORTS RENTALS, INC. dba Ski Run Boat Company ("WSR"), Claimant

20 CHASTITY NEFZGER, Claimant ARIANA NEFZGER, Claimant and Counter-

21 Defendant JAMES DALE WILBURN, and Claimant and Counter-Defendant

22 AMANDA WILBURN, through their counsel of record, and hereby stipulate,

23 pursuant to Fed. R. Civ. P. 41(a)(2) & 54(b) and L.R. 137, 143 & 160 as follows:

24         Claimants CHASTITY NEFZGER and ARIANA NEFZGER, pursuant to

25 Fed. R. Civ. P. 41(a)(2), and all other parties, hereby stipulate to the dismissal of

26 their Claim(s) and Third Party Complaint (ECF No. 11) against WSR, JAMES

27 DALE WILBURN, AMANDA WILBURN, and DOES 1-50, with prejudice, each

28 side to bear its own costs and fees;

---

STIPULATION FOR ORDER DISMISSING ALL CLAIMS AND FOR EXONERATION
285719711v.1

1    Claimant JAMES DALE WILBURN, pursuant to Fed. R. Civ. P. 41(a)(2),

2    and all other parties, hereby stipulate to the dismissal of his Claim(s) (ECF No. 12)

3    against WSR, with prejudice, each side to bear its own costs and fees;

4    Claimant AMANDA WILBURN, pursuant to Fed. R. Civ. P. 41(a)(2), and all

5    other parties, hereby stipulate to the dismissal of her Cross-Claim(s) (ECF No. 14)

6    against WSR, with prejudice, each side to bear its own costs and fees;

7    Counter-Claimant WSR, pursuant to Fed. R. Civ. P. 41(a)(2), and all other

8    parties, hereby stipulate to the dismissal of its Counter Claim  (ECF No. 15) against

9    JAMES WILBURN and AMANDA WILBURN, with prejudice, each side to bear

10    its own costs and fees, and pursuant to L.R. 160(a), withdraws its motion for

11    summary judgment (ECF No. 20) seeking interim relief as being resolved by

12    agreement outside of the Court; and

13    Claimants CHASTITY NEFZGER, ARIANA NEFZGER, JAMES DALE

14    WILBURN, and AMANDA WILBURN, having dismissed, with prejudice, all

15    claims, counterclaims, cross claims, however styled or presented, against Petitioner

16    WSR, all parties further stipulate, pursuant to *Complaint of Am. President Lines,*

17    *Ltd.*, 1980 AMC 1872 (N.D. Cal. April 7, 1980), *In the Matter of Hechinger*, 890 F.

18    2d 202, 207 (9th Cir., 1967), *In re Trawler Snoopy Inc.*, 268 F. Supp. 951, 953 (D.

19    Me 1967), to the following Order that the Court exonerate Petitioner WSR with

20    judgment dismissing this action.

21    Dated:  Nov. 5, 2023                     So stipulated.

22
                                         **WILSON, ELSER, MOSKOWITZ,**
23                                           **EDELMAN & DICKER LLP**

24                             By: _____

25                                         B. Otis Felder
                                         *Certified Admiralty & Maritime Law Specialist*
26                                         Attorneys for WILLIAMS SPORTS
                                         RENTALS, INC. dba SKI RUN BOAT
27                                         COMPANY

28

1
2
Dated:  Nov. 6, 2023                    So stipulated.

3                                       **WALKUP, MELODIA,**
4                                           **KELLY & SCHOENBERGER**

5                                       By: _____/s/ Valerie N. Rose_____
6                                           Valerie N. Rose Esq.
                                            Attorneys for CHASTITY NEFZGER
7                                           & ARIANA NEFZGER

8  Dated:  Nov. 6, 2023                    So stipulated.

9                                       **CLAPP MARONEY**
10
11                                      By: __/s/ Christopher J. Beeman____
                                            Christopher J. Beeman, Esq.
12                                          Attorneys for JAMES WILBURN

13 Dated: Nov. 6, 2023                    So stipulated.

14                                      **PHILIPS SPALLAS & AGSTADT**
15
16                                      By: _____/s/ Gregory L. Spallas_____
                                            Gregory L. Spallas, Esq.
17                                          Attorneys for
                                            AMANDA WILBURN

18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

## **ORDER**

Further to the above-referenced stipulation of the parties and L.R. 160(a), the pending motion for summary judgment by WSR (ECF No. 20) is withdrawn as the interim relief sought has been resolved by agreement outside of the Court; and

Further to the above-referenced stipulation of the parties and Fed. R. Civ. P. 41(a)(2), all claims by Counter-Claimant WSR in its Counter Claim (ECF No. 15) against JAMES WILBURN and AMANDA WILBURN, are dismissed with prejudice, each side to bear its own costs and fees; and

Further to the above-stipulation signed by counsel for all the parties in the litigation and Fed. R. Civ. P. 41(a)(2) (see also *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 2023 WL 5944191, at *3-4 (11th Cir. 2023) (stipulation for dismissal under Rule 41(a)(1) needs to be signed by counsel for all parties to the litigation); *Baines v. City of Atlanta*, 2023 U.S. App. LEXIS 28796, 2023 WL 7151188*7 (11th Cir. Oct. 31, 2023)(same)); all claims by Claimants CHASTITY NEFZGER and ARIANA NEFZGER, as provided in their pleading (ECF No. 11), all claims by JAMES DALE WILBURN as provided in his pleading (ECF No. 12), and all claims by Claimant AMANDA WILBURN in her pleading (ECF No. 14) against WSR, as well as any others, are DISMISSED with prejudice, each side to bear their own fees and costs.

Accordingly, as provided by the foregoing stipulation of the parties and pursuant to Fed. R. Civ. P. 54(b), where there are no longer any claims pending against Petitioner and Plaintiff-in-Limitation WSR, it is entitled to a decree of exoneration.  *See Complaint of Am. President Lines, Ltd.,* 1980 A.M.C. 1872 (N.D. Cal. Apr. 7, 1980) (court entered final judgment exonerating plaintiff-in-limitation from liability after all claims had been compromised); *In the Matter of Hechinger*, 890 F. 2d 202, 207 (9th Cir., 1967); 7A West's Fed. Forms, Admiralty §§ 12166 & 12168 (4th ed.); *In re Trawler Snoopy Inc.*, 268 F. Supp. 951, 953 (D. Me 1967) ("If no liability is found to exist, the petitioner is entitled to a decree of exoneration, and

1

there is no need to consider the claim to limitation."); *see also WSR v. Willis et al.,* Case No. 2:17-cv-00653-KJM-JDP, Order Exonerating WSR (ECF No. 77), *rev'd on other grounds*; *In re S/V Miss Behavin*, 2:19-cv-03873-PA-JPR, Judgment Exonerating Owner (ECF No. 43); *In Re Seven Eight Charters LLC*, 8:22-cv-02017-FWS-DFM, Order Granting Exoneration (ECF No. 26).  Accordingly, the Court dismisses these proceedings and directs the parties to file a joint proposed judgment exonerating WSR within fourteen (14) days.

**IT IS SO ORDERED.**

Dated:  December 19, 2023          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE