B. OTIS FELDER (CSB No. 177628)
**CSB Certified Admiralty & Maritime Law Specialist**
Email: Otis.Felder@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Petitioner, Cross-Defendant &
Counter-Claimant WILLIAMS SPORTS RENTALS, INC.
dba SKI RUN BOAT COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

<u>IN ADMIRALTY</u>

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF WILLIAMS SPORTS RENTALS, INC. doing business as SKI RUN BOAT COMPANY, as Owner of a certain SKI BOAT SR #57 FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>AND RELATED MATTERS | Case No. 2:21-cv-01067-DJC-CKD<br><br>Hon. Daniel J. Calabretta<br><br>**JUDGMENT EXONERATING WILLIAMS SPORTS RENTALS, INC.** |

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition by Petitioner WILLIAMS SPORTS RENTALS, INC. for exoneration is GRANTED, and Petitioner and the vessel, a certain SKI BOAT SR #57, are forever exonerated and discharged from any and all claims, losses, liabilities and/or injuries arising from the incident on July 25, 2018.

Judgment in favor of Petitioner.

Dated:  January 8, 2024        /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE

JUDGMENT
285719711v.1

| | | |
|---|---|---|
| 1 | Dated: Dec. 20, 2023 | So stipulated. |
| 2 | | |
| 3 | | **WILSON, ELSER, MOSKOWITZ,**   **EDELMAN & DICKER LLP** |
| 4 | | By: _____ |
| 5 | | B. Otis Felder |
| 6 | | *Certified Admiralty & Maritime Law Specialist* Attorneys for WILLIAMS SPORTS RENTALS, INC. dba SKI RUN BOAT |
| 7 | | COMPANY |
| 8 | | |
| 9 | Dated: Dec. 20, 2023 | So stipulated. |
| 10 | | |
| 11 | | **WALKUP, MELODIA,**   **KELLY & SCHOENBERGER** |
| 12 | | By: /s/ Valerie N. Rose  Valerie |
| 13 | | N. Rose Esq. |
| 14 | | Attorneys for CHASTITY NEFZGER & ARIANA NEFZGER |
| 15 | Dated: Dec. 20, 2023 | So stipulated. |
| 16 | | |
| 17 | | **CLAPP MARONEY** |
| 18 | | By: /s/ Christopher J. Beeman |
| 19 | | Christopher J. Beeman, Esq.   Attorneys for JAMES WILBURN |
| 20 | Dated: Dec. 20, 2023 | So stipulated. |
| 21 | | |
| 22 | | **PHILIPS SPALLAS & AGSTADT** |
| 23 | | By:    /s/ Gregory L. Spallas |
| 24 | | Gregory L. Spallas, Esq.   Attorneys for |
| 25 | | AMANDA WILBURN |
| 26 | / / / | |
| 27 | / / / | |
| 28 | / / / | |

JUDGMENT
285719711v.1